THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C.H., A MINOR, BY AND THROUGH HER PARENTS, R.H. AND K.R.H., <br><br> Plaintiff, <br><br> v. <br><br> NORTHSHORE SCHOOL DISTRICT, <br><br> Defendant. | CASE NO. C21-1356-JCC <br><br> MINUTE ORDER |

   The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

   Before the Court is the parties' stipulated motion for relief from the initial scheduling order and to set a briefing schedule. (Dkt. No. 9). This case is exempt from initial disclosures as an administrative appeal. *See* Fed. R. Civ. P. 26(a)(1)(B)(i) (exempting "an action for review on an administrative record"); Fed. R. Civ. P. 26(f)(1) (not requiring a conference "in a proceeding exempted from initial disclosures"). However, this Court's Local Rule 26(f) "is intended to promote the just, efficient, speedy, and economical determination of *every* action." (Emphasis added). Some of the information which that Rule requires the parties to discuss and address in a joint status report is no less relevant in a case exempt from initial disclosures.

   A joint briefing schedule is more efficient than cross motions; but the parties do not

MINUTE ORDER
C21-1356-JCC
PAGE - 1

explain why the briefs need to be longer. For cross motions, each side would have 60 pages. *See* W.D. Wash. Local Civ. R. 7(e)(3) (24-page motion, 24-page response, 12-page reply). The parties do not explain why they each need 72. *See* W.D. Wash. Local Civ. R. 7(f) ("Motions seeking approval to file an over-length motion or brief are disfavored . . . .").

Accordingly the parties' stipulated motion (Dkt. No. 9) is GRANTED in part and DENIED in part. The Court hereby ORDERS that:

1. The current initial case management dates (Dkt. No. 6) are VACATED.

2. The parties' counsel will meet and discuss, and address in a joint status report due December 13, 2021, the issues described in W.D. Wash. Local Civ. R. 26(f)(1)(A), (B), and (C);

3. Unless modified for good cause, or under W.D. Wash. Local Civ. R. 7(*l*), briefing will occur as follows:

| Brief | Due date | Page limit | Noting date |
| --- | --- | --- | --- |
| Plaintiffs' Opening Motion | December 23, 2021 | 24 pages | March 11, 2022 |
| District's Opposition and Cross-Motion | January 28, 2022 | 48 pages | March 11, 2022 |
| Plaintiff's Opposition and Reply | February 18, 2022 | 36 pages | N/A |
| District's Reply | March 10, 2022 | 12 pages | N/A |

DATED this 12th day of November 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk