Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C.H., A MINOR, BY AND THROUGH HER PARENTS R.H. AND K.R.H.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>NORTHSHORE SCHOOL DISTRICT,<br><br>　　　　　　　　　　　　Defendant. | No. 2:21-cv-01356<br><br>STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE<br><br>NOTE ON MOTION CALENDAR:<br>January 4, 2023 |

　　　Plaintiffs R.H. and K.R.H. and Defendant Northshore School District, by and through their respective undersigned counsel of record, and pursuant to FRCP 41(a)(l)(A)(ii), hereby stipulate to and request the dismissal of this action with prejudice, in its entirety, and with the parties to each bear their own respective attorneys' fees, costs, and expenses, this matter having been fully and finally settled.

　　　Respectfully submitted this 4th day of January, 2023.

| | |
|---|---|
| PACIFICA LAW GROUP LLP<br><br>By /s/ Sarah C. Johnson<br>　　Carlos Chavez, WSBA # 34076<br>　　Sarah C. Johnson, WSBA # 34529<br>*Attorneys for Northshore School District* | CEDAR LAW, PLLC<br><br>By /s/ Lara Hruska<br>　　Lara Hruska, WSBA No. 46531<br>　　Whitney Hill, WSBA No. 53715<br>*Attorneys for Plaintiffs* |

STIPULATED MOTION TO DISMISS WITH PREJUDICE - 1
Cause No. 2:21-cv-01356

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

**ORDER**

Based on the parties' stipulation above, IT IS ORDERED and ADJUDGED that this action is dismissed with prejudice in its entirety, and with the parties to each bear their own respective attorney's fees, costs, and expenses.

Dated this 4th day of January 2023.

_____
Tana Lin
United States District Judge

STIPULATED MOTION TO DISMISS WITH PREJUDICE - 2

Cause No. 2:21-cv-01356

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750